The order below is hereby signed.

Signed: April 15 2019



    _S. Martin Teel Jr._
    S. Martin Teel, Jr.
    United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FRANKLIN CALVIN GASKINS, JR. | ) | Case No. 18-00442 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT**

Upon consideration of the Trustee's Motion to Approve Settlement and the entire record herein, it is hereby

ORDERED that the Trustee's Motion to Approve Settlement is hereby granted; and it is further

ORDERED that the settlement agreement between the Trustee and Debtor allowing the Debtor to purchase the estate's interest in his 2015 Jeep Grand Cheroke Ltd for a total cash payment to the estate in the amount of $14,000.00 is hereby granted; and it is further

ORDERED that, pursuant to the terms of the settlement agreement, Debtor shall pay the estate the total sum of $14,000.00, payable by way of an initial cash payment of $7,000.00, and

consecutive monthly cash payments in the amount of $700.00 for a period of 10 months. Debtor having paid the initial cash payment of $7,000.00, the first monthly payment of $700.00 shall be due and payable to the estate not later than 30 days from the date of this Order.

Copies to:

Natalie S. Walker
Webster & Fredrickson, PLLC
1775 K Street, NW
Suite 600
Washington, DC 20019

Joseph A. Guzinski, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA  22314-3489

Stephen H. Greenfeld, Esq.
Cohen Balding & Greenfeld, LLC
Suite 103
Rockville, MD 20852